IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BROOKE ROSE LOUISE CARDONIA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 209.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Brooke Rose Louise Cardonia is charged with one count of conspiracy to distribute and possess with intent to distribute fentanyl, in violation of 21 U.S.C. § 846 (Count I) and one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) (Count II). (Doc. 21.) Judge DeSoto

recommends that this Court accept Cardonia's guilty plea as to Count II after Cardonia appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 209) is ADOPTED in full.

IT IS FURTHER ORDERED that Cardonia's motion to change plea (Doc. 202) is GRANTED.

IT IS FURTHER ORDERED that Cardonia is adjudged guilty as charged in Count II of the Superseding Indictment (Doc. 21).[1]

DATED this 3rd day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

---

[1] The Superseding Indictment (Doc. 21) is the original charging document as to the Defendant, which is referred to in the Motion to Change Plea (Doc. 202), Plea Agreement, (Doc. 204) and Findings and Recommendation as the Indictment.